UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARIE SOURS,

    Plaintiff,

v.

    Case No. 1:24-cv-180

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the order of remand entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: June 10, 2024            /s/ Paul L. Maloney
                                                                                      Paul L. Maloney
                                                                                      United States District Judge